# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

|  |  |
|---|---|
| | JANUARY 2020 GRAND JURY<br>(Impaneled Jan. 3, 2020) |
| THE UNITED STATES OF AMERICA | INDICTMENT |
| *-vs-* | Violations: |
| CRAIG MARRANCA | Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(5)(B)<br>(3 Counts and Forfeiture Allegation) |

### COUNT 1

**(Distribution of Child Pornography)**

**The Grand Jury Charges That:**

On or about September 18, 2017, in the Western District of New York, and elsewhere, the defendant, CRAIG MARRANCA, did knowingly distribute, and attempt to distribute, child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

1

## COUNT 2

### (Possession of Child Pornography)

**The Grand Jury Further Charges That:**

On or about October 27, 2017, in the Western District of New York, the defendant, CRAIG MARRANCA, did knowingly possess, and access with intent to view, material, that is, a Dell Inspiron 15 Laptop, Serial Number HD5K6F2, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

## COUNT 3

### (Possession of Child Pornography)

**The Grand Jury Further Charges That:**

On or about October 27, 2017, in the Western District of New York, the defendant, CRAIG MARRANCA, did knowingly possess, and access with intent to view, material, that is, a Seagate Plus External Hard Drive, Serial Number NA7GKR12, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had

been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

## FORFEITURE ALLEGATION

**The Grand Jury Alleges That:**

Upon conviction of any of the offenses alleged in this Indictment, the defendant, CRAIG MARRANCA, shall forfeit to the United States any matter which contains any such visual depiction of child pornography, which was produced, transported, mailed, shipped, and received, and any and all property, real and personal, used and intended to be used to commit and to promote the commission of such offense, and all property traceable to such property, including but not limited to the following:

a.  one Dell Inspiron 15 Laptop, Serial Number HD5K6F2; and

b.  one Seagate Plus External Drive, Serial Number NA7GKR12.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED: Buffalo, New York, July 21, 2020.

                            JAMES P. KENNEDY, JR.
                            United States Attorney

BY:   S/LAURA A. HIGGINS
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5862
       Laura.Higgins@usdoj.gov

A TRUE BILL:

S/FOREPERSON